IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KELTEC-TECHNOLAB, INC., | ) | CASE NO. 5:05 CV 792 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| AIR SUPPLY CO., et al., | ) | MEMORANDUM OPINION AND ORDER |
| Defendant. | ) | |

This matter is before the Court on the Motion for Summary Judgment filed by Plaintiff, Keltec-Technolab, Inc. (Document #46) and the Motion for Summary Judgment filed by Defendants, Allied Separation Technology, Inc., Air Supply Co., and Michael E. Williams (Document #49).

Summary judgment is appropriate when the court is satisfied "that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." FED. R. CIV. P. 56(c). The burden of showing the absence of any such "genuine issue" rests with the moving party:

> [A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with affidavits, if any,' which it believes demonstrates the absence of a genuine issue of material fact.

*Celotex v. Catrett*, 477 U.S. 317, 323 (1986) (citing FED. R. CIV. P. 56(c)). A fact is "material" only if its resolution will affect the outcome of the lawsuit. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). Determination of whether a factual issue is "genuine" requires consideration of the applicable evidentiary standards. The court will view the summary judgment motion in the light most favorable to the party opposing the motion. *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986). In sum, proper summary judgment analysis entails "the threshold inquiry of determining whether there is the need for a trial-- whether, in other words, there are any genuine factual issues that properly can be resolved only by a finder of fact because they may reasonably be resolved in favor of either party." *Anderson*, 477 U.S. at 250.

## CONCLUSION

Based upon a thorough review of the briefs submitted by the Parties, as well as the depositions and exhibits submitted in support thereof, genuine issues of material fact exist which make summary judgment inappropriate in this case. Accordingly, the Motions for Summary Judgment filed by Plaintiff, Keltec-Technolab, Inc. (Document #46), and Defendants, Allied Separation Technology, Inc., Air Supply Co., and Michael E. Williams (Document #49), are hereby DENIED.

IT IS SO ORDERED.

DATED: March 8, 2006

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge